IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CR-386-H

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| KENTRELL VENABLE, | ) | |
| | ) | |
| Defendant. | ) | |

Before the court is a motion to suppress filed on behalf of Defendant Kentrell Venable, which has been referred to the undersigned for a memorandum and recommendation by Senior United States District Judge Malcolm J. Howard. Counsel are directed to confer and submit to the court, on or before **May 15, 2020**, three proposed dates for an evidentiary hearing on Defendant's motion.

This 20th day of April 2020.

_____
KIMBERLY A. SWANK
United States Magistrate Judge