IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CR-386-H

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| KENTRELL VENABLE, | ) | |
| | ) | |
| Defendant. | ) | |

Due to anticipated inclement weather in the eastern North Carolina region due to Tropical Storm Isaias, the evidentiary hearing set in this matter for August 4, 2020, is hereby CONTINUED. The court will reschedule the evidentiary hearing for a later date by separate order.

Counsel are directed to confer and submit to the court, on or before **August 11, 2020**, three proposed dates for the evidentiary hearing.

The continuance of this matter is excluded from Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(1)(D) due to the pending motion and pursuant to 18 U.S.C. § 3161(h)(7)(A) for the further reason that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial.

This 3rd day of August 2020.

*Kimberly A. Swank*
KIMBERLY A. SWANK
United States Magistrate Judge