IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CR-386-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| KENTRELL VENABLE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On March 19, 2020, Kentrell Venable ("Venable" or "defendant") moved for severance of counts one and two. See [D.E. 24]. On April 1, 2020, the United States responded that the parties had agreed to severing counts one and two for trial. See [D.E. 26]. Accordingly, the court will hold the trial on count two and then hold the trial on count one. The parties shall submit proposed trial dates.

The court finds that the ends of justice served by granting this extension outweigh the best interests of the public and the defendant in a speedy trial. The period of delay necessitated by this extension is excluded from speedy trial computation pursuant to 18 U.S.C. § 3161(h)(7)(A). The delay will permit counsel for defendant and the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the pandemic. See 18 U.S.C. § 3161(h)(7)(B)(iv).

SO ORDERED. This 14 day of April 2021.

JAMES C. DEVER III
United States District Judge